UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| In re: | § | Case No. 1:17-BK-21976-RAM |
|---|---|---|
| | § | |
| COMPANIONSHIP HOME CARE, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  Joel L. Tabas, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $229,849.27 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $40,150.73 | | |

  3) Total gross receipts of $270,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $270,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $40,150.73 | $40,150.73 | $40,150.73 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $221.02 | $221.02 | $221.02 |
| General Unsecured Claims (from **Exhibit 7**) | $2,557,570.54 | $2,458,691.52 | $2,458,691.52 | $229,628.25 |
| **Total Disbursements** | $2,557,570.54 | $2,499,063.27 | $2,499,063.27 | $270,000.00 |

4). This case was originally filed under chapter 7 on 09/29/2017. The case was pending for 27 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/12/2019</u>       By:  <u>/s/ Joel L. Tabas</u>
                                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Claims against Patrick and Yuleysi De Johgh | 1241-000 | $270,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$270,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOEL L. TABAS, TRUSTEE, Trustee | 2100-000 | NA | $16,750.00 | $16,750.00 | $16,750.00 |
| JOEL L. TABAS, TRUSTEE, Trustee | 2200-000 | NA | $11.50 | $11.50 | $11.50 |
| TABAS & SOLOFF PA, Attorney for Trustee | 3110-000 | NA | $21,813.00 | $21,813.00 | $21,813.00 |
| TABAS & SOLOFF PA, Attorney for Trustee | 3120-000 | NA | $872.73 | $872.73 | $872.73 |
| THOMAS A. BASTIAN, Accountant for Trustee | 3310-000 | NA | $703.50 | $703.50 | $703.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$40,150.73** | **$40,150.73** | **$40,150.73** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | IRS (PAYMENTS) | 5800-000 | $0.00 | $221.02 | $221.02 | $221.02 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$221.02** | **$221.02** | **$221.02** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1B | IRS (PAYMENTS) | 7300-000 | $0.00 | $2,535.00 | $2,535.00 | $236.76 |
| 2 | DHHS/Centers for Medicare &#038; Medicaid Services(CMS) | 7200-000 | $2,557,570.54 | $2,456,156.52 | $2,456,156.52 | $229,391.49 |
|  | Florida Department Of Revenue | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,557,570.54 | $2,458,691.52 | $2,458,691.52 | $229,628.25 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1        Exhibit 8

| Case No.: | 17-21976-RAM | Trustee Name: | Joel L. Tabas |
| --- | --- | --- | --- |
| Case Name: | COMPANIONSHIP HOME CARE, INC. | Date Filed (f) or Converted (c): | 09/29/2017 (f) |
| For the Period Ending: | 12/12/2019 | §341(a) Meeting Date: | 10/31/2017 |
| | | Claims Bar Date: | 01/29/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Bank Accounts: None Bank Accounts Closed 12/2016 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Rent Security Deposit: None (used to pay last month rent) | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Accounts receivable 90 days old or less | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Inventory: None (Services) | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Office Equipment: None Office equipment - thrown away or gifted to employees in 08/2016 | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Claims against Patrick and Yuleysi De Johgh       (u) | $0.00 | $270,000.00 | | $270,000.00 | FA |

Asset Notes:    Order Granting Motion to Approve Stipulation for Compromise and Settlement with Patrick and Yuleysi De Jongh, 7/14/19 (ECF 17)

TOTALS (Excluding unknown value)                                                                              Gross Value of Remaining Assets
                                        $0.00            $270,000.00                    $270,000.00                                        $0.00

| Initial Projected Date Of Final Report (TFR): | 12/30/2019 | Current Projected Date Of Final Report (TFR): | 12/30/2019 | /s/ JOEL L. TABAS |
| --- | --- | --- | --- | --- |
| | | | | JOEL L. TABAS |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1    Exhibit 9

| Case No. | 17-21976-RAM | | Trustee Name: | Joel L. Tabas |
| --- | --- | --- | --- | --- |
| Case Name: | COMPANIONSHIP HOME CARE, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7718 | | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/29/2017 | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 12/12/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/10/2019 | (6) | Yuleysi De Jongh | Order Granting Motion to Approve Stipulation to Compromise with Patrick and Yuleysi De Jongh, 7/14/19 (ECF 17) | 1241-000 | $270,000.00 | | $270,000.00 |
| 10/24/2019 | 10001 | JOEL L. TABAS, TRUSTEE | Trustee Expenses | 2200-000 | | $11.50 | $269,988.50 |
| 10/24/2019 | 10002 | JOEL L. TABAS, TRUSTEE | Trustee Compensation | 2100-000 | | $16,750.00 | $253,238.50 |
| 10/24/2019 | 10003 | TABAS & SOLOFF PA | Claim #: | 3110-000 | | $21,813.00 | $231,425.50 |
| 10/24/2019 | 10004 | TABAS & SOLOFF PA | Claim #: | 3120-000 | | $872.73 | $230,552.77 |
| 10/24/2019 | 10005 | THOMAS A. BASTIAN | Claim #: | 3310-000 | | $703.50 | $229,849.27 |
| 10/24/2019 | 10006 | IRS (PAYMENTS) | Claim #: 1 | 5800-000 | | $221.02 | $229,628.25 |
| 10/24/2019 | 10007 | IRS (PAYMENTS) | Claim #: 1 | 7300-000 | | $236.76 | $229,391.49 |
| 10/24/2019 | 10008 | DHHS/Centers for Medicare &#038; Medicaid Services(CMS) | Claim #: 2 | 7200-000 | | $229,391.49 | $0.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| | TOTALS: | | $270,000.00 | $270,000.00 | $0.00 |
| | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | Subtotal | | $270,000.00 | $270,000.00 | |
| | Less: Payments to debtors | | $0.00 | $0.00 | |
| | Net | | $270,000.00 | $270,000.00 | |

| For the period of 9/29/2017 to 12/12/2019 | | For the entire history of the account between 06/10/2019 to 12/12/2019 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $270,000.00 | Total Compensable Receipts: | $270,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $270,000.00 | Total Comp/Non Comp Receipts: | $270,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $270,000.00 | Total Compensable Disbursements: | $270,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $270,000.00 | Total Comp/Non Comp Disbursements: | $270,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-21976-RAM | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | COMPANIONSHIP HOME CARE, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7718 | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/29/2017 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 12/12/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $270,000.00 | $270,000.00 | $0.00 |

**For the period of 9/29/2017 to 12/12/2019**

| | |
|---|---|
| Total Compensable Receipts: | $270,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $270,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $270,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $270,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/29/2017 to 12/12/2019**

| | |
|---|---|
| Total Compensable Receipts: | $270,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $270,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $270,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $270,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOEL L. TABAS

JOEL L. TABAS